FILED
DEC 06 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8967

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18 U.S.C. Sec. 922(g)(5) |
| Luis Gilberto JIMENEZ-Ruiz, | Unlawful Alien in Possession Of Firearms (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about December 4, 2007, within the Southern District of California, defendant Luis Gilberto Jimenez-Ruiz, an illegal alien, did possess six firearms that traveled in and affected interstate commerce, to wit: a Eagle Arms rifle, caliber 5.56, model EA-15, serial number 5111; a Olympic Arms rifle, caliber 5.56, model Plinker, serial number 56W1332; a DPMS rifle, caliber 5.56, model A-15, serial number F012757K; an Ameetec Arms rifle, caliber 5.56, model number WM-15, serial number AM002868; an Olympic Arms rifle, caliber 5.56, model MFR, serial number NF0620; and a Calvary Arms rifle, caliber 5.56, model 15MKII, serial number XT-066; in violation of 18, United States Code, Section 922(g)(5).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Christopher Miller
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH DAY OF DECEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1. UNITED STATES OF AMERICA
2. v.
3. Luis Gilberto JIMENEZ-Ruiz

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Christopher Miller.

On December 4, 2007, at approximately 21:45 hours, California Highway Patrol Officer Carlos Flores, badge number 17075, utilizing a marked California Highway Patrol vehicle, conducted a traffic stop of a Ford F-150, white in color, bearing California license plate 6F77032. The Ford F-150 drifted across the broken, painted white lines without signaling in violation of California Vehicle Code section 21658(a).

Officer Flores contacted the vehicle's driver and sole occupant, Luis Gilberto JIMENEZ-Ruiz, and requested his driver's license and vehicle registration card. JIMENEZ responded "I don't have a driver's license, I am an illegal and I don't know where the documents for this vehicle are". Officer Flores asked who was the owner of the vehicle, JIMENEZ replied "a friend", but could not provide a name. Officer Flores asked where JIMENEZ was headed, JIMENEZ replied "To Mexicali, I am doing a mandado (Spanish word for errand) for my friend". When asked what type of errand, he responded "I'm supposed to deliver some weapons which are in a box, in the back seat of the truck." Officer Flores observed a cardboard box covered by a piece of carpet. Based on his statement, JIMENEZ was detained pending further investigation. In the extended cab of the pickup, Officer Flores located a cardboard box containing an unknown number of rifles.

Officer Flores notified California Highway Patrol dispatch of his findings and requested assistance from Immigration and Customs Enforcement. ICE agents were notified and responded to scene.

ICE agents took custody of JIMENEZ and the vehicle. The vehicle was transported to the ICE Assistant Special in Charge Office, located at 333 Waterman

Avenue, El Centro, California, for inventory. Inventory of the Ford F-150 revealed two boxes of .40 caliber ammunition, five boxes of 9 mm ammunition, one black nylon weapon case, six thirty round magazines, and six firearms: an Eagle Arms rifle, caliber 5.56, model EA-15, serial number 5111; an Olympic Arms rifle, caliber 5.56, model Plinker, serial number 56W1332; a DPMS rifle, caliber 5.56, model A-15, serial number F012757K; an Ameetec Arms rifle, caliber 5.56, model number WM-15, serial number AM002868; an Olympic Arms rifle, caliber 5.56, model MFR, serial number NF0620; and a Calvary Arms rifle, caliber 5.56, model 15MKII, serial number XT-066.

    JIMENEZ was transported to the Calexico, California West Port of Entry to be processed and interviewed. JIMENEZ acknowledged and waived his Constitutional Rights per Miranda. The Mexican Consulate was notified of JIMENEZ's arrest at his request.

    JIMENEZ stated he was a citizen and national of Mexico and was present in the United States illegally. JIMENEZ explained that he had knowledge of the firearms concealed inside the vehicle. JIMENEZ further stated he was transporting the weapons to Obregon, Sonora, Mexico in lieu of payment for crossing his family into the United States. JIMENEZ stated he knew it was illegal for him to possess and transport the weapons in the United States. JIMENEZ was also aware it was illegal to export weapons into Mexico from the United States.